## AFFIDAVIT OF SERVICE

State of Colorado                    County of Denver

Armen Zakharyan

        Plaintiff,

vs.

Square Two Financial Corporation, A Delaware corporation, doing business as Collect America, LTD.

        Defendant,

I, Barbara Anderson, received the Summons in this matter to be served on Emily Barnhard of the Corporation Company, 1675 Broadway, Denver, Colorado 80202; registered agent authorized to accept service on behalf of the Defendant.

I, being duly sworn, depose and say that on December 6th, 2010, at 11:53 a.m., personally served the Defendant by delivering the Summons to Emily Barnhard of the Corporation Company, the registered agent authorized to accept service on behalf of the Defendant. Service was made at 1675 Broadway, Denver, CO 80202.

I certify that I am over the age of 18 and have no interest in the above action.


_Barbara Anderson_                    _12-13-10_
**Barbara Anderson**                    Date

Subscribed and Sworn to before me on this 13th day of December, 2010, by the affiant who is personally known to me.

My Commission Expires: _12/30/2013_

[Seal]                    _Jennifer Rebecca Pollack_
                                        Notary Public

